AO 442 (Rev. 01/09) Arrest Warrant

**UNDER SEAL**   10157478

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED OCT 25 2016 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CARINE ALEAH MBENDEKE | ) | Case No. 1:16-mj-408 |
| | ) | |
| | ) | |
| Defendant | ) | |

RECEIVED UNITED STATES MARSHAL 2016 SEP -8 AM 7:2[?] EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CARINE ALEAH MBENDEKE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to commit marriage fraud, in violation of Title 18, United States Code, Section 371.

Date: 09/07/2016

/s/ Ivan D. Davis
United States Magistrate Judge
*Issuing officer's signature*

City and state:   Alexandria, VA

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/7/16, and the person was arrested on *(date)* 10/25/16
at *(city and state)* Alexandria, VA.

Date: 10/25/16

*Arresting officer's signature*

Special Agent Gregory Newman
*Printed name and title*