## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 1:16CR272 |
| ) | |
| CARINE MBENDEKE ) | |
| ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEAL**

Defendant Carine Mbendeke hereby notes his appeal to the final order of the Court entered on July 14, 2017 (Dkt. # 178) to the United States Court of Appeals for the Fourth Circuit.

Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com

**CERTIFICATE OF SERVICE**

I certify that this document has been electronically served on the government through this Court's electronic filing system.

Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com